UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| BROADCAST MUSIC, INC.; BEECHWOOD MUSIC CORPORATION; RONDOR MUSIC INTERNATIONAL, INC. d/b/a IRVING MUSIC; BOY MEETS GIRL MUSIC; RICK SPRINGFIELD MUSIC; GIBB BROTHERS MUSIC; CROMPTON SONGS; ZOMBIES ATE MY PUBLISHING; FORTHEFALLEN PUBLISHING; RESERVOIR MEDIA MANAGEMENT INC. d/b/a RESERVOIR 416 a/k/a RESERVOIR ONE AMERICA; 3RING CIRCUS MUSIC, LLC d/b/a SOULRIDE MUSIC; ROUND HILL MUSIC LP d/b/a ROUND HILL WORKS; CACKALACKI TWANG; SONY/ATV SONGS LLC; HOUSE OF GAGA PUBLISHING LLC; REDONE PRODUCTIONS LLC d/b/a SONGS OF REDONE,<br><br>     Plaintiffs,<br><br> v.<br><br>JJJR SILVER CREEK INC. d/b/a SILVER CREEK SALOON and JAMES SINOVIC JR., JEFF BUTZINGER, JONATHAN VIELUF and RYAN LOEFFLER, each individually,<br><br>     Defendants. | CIVIL ACTION NO.: 23-cv-52<br><br>**COMPLAINT** |

  Plaintiffs, by their attorneys, Noah A. Menold of Howard & Howard Attorneys, PLLC, for their Complaint against Defendants, allege as follows (on knowledge as to Plaintiffs; otherwise on information and belief):

## JURISDICTION AND VENUE

1. This is a suit for copyright infringement under the United States Copyright Act of 1976, as amended, 17 U.S.C. Sections 101 *et seq.* (the "Copyright Act"). This Court has jurisdiction pursuant to 28 U.S.C. Section 1338(a).

2. Venue is proper in this judicial district pursuant to 28 U.S.C. Section 1400(a).

## THE PARTIES

3. Plaintiff Broadcast Music, Inc. ("BMI"), is a corporation organized and existing under the laws of the State of Delaware. BMI's principal place of business is 7 World Trade Center, 250 Greenwich Street, New York, New York 10007. BMI has been granted the right to license the public performance rights in 20.6 million copyrighted musical compositions (the "BMI Repertoire"), including those which are alleged herein to have been infringed.

4. The Plaintiffs other than BMI are the owners of the copyrights in the musical compositions, which are the subject of this lawsuit. All Plaintiffs are joined pursuant to Fed. R. Civ. P. 17(a) and 19(a).

5. Plaintiff Beechwood Music Corporation is a corporation. This Plaintiff is a copyright owner of at least one of the songs in this matter.

6. Plaintiff Rondor Music International, Inc. is a corporation doing business as Irving Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

7. Plaintiff Boy Meets Girl Music is a partnership owned by Shannon Rubicam and George Robert Merrill. This Plaintiff is a copyright owner of at least one of the songs in this matter.

8. Plaintiff Rick Springfield Music is a sole proprietorship owned by Richard Lewis Springthorpe. This Plaintiff is a copyright owner of at least one of the songs in this matter.

9. Plaintiff Gibb Brothers Music is the Estate of Maurice Ernest Gibb and the Estate of Robin Gibb. This Plaintiff is a copyright owner of at least one of the songs in this matter.

10. Plaintiff Crompton Songs is a sole proprietorship owned by Barry Alan Gibb. This Plaintiff is a copyright owner of at least one of the songs in this matter.

11. Plaintiff Zombies Ate My Publishing is a partnership owned by Amy Lee and Ben Moody. This Plaintiff is a copyright owner of at least one of the songs in this matter.

12. Plaintiff Forthefallen Publishing is a sole proprietorship owned by David Hodges. This Plaintiff is a copyright owner of at least one of the songs in this matter.

13. Plaintiff Reservoir Media Management Inc. is a corporation doing business as Reservoir 416 also known as Reservoir One America. This Plaintiff is a copyright owner of at least one of the songs in this matter.

14. Plaintiff 3Ring Circus Music, LLC is a limited liability company doing business as Soulride Music. This Plaintiff is a copyright owner of at least one of the songs in this matter.

15. Plaintiff Round Hill Music LP is a limited partnership doing business as Round Hill Works. This Plaintiff is a copyright owner of at least one of the songs in this matter.

16. Plaintiff Cackalacki Twang is a sole proprietorship owned by Bridgette Tatum Tweed. This Plaintiff is a copyright owner of at least one of the songs in this matter.

17. Plaintiff Sony/ATV Songs LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

18. Plaintiff House of Gaga Music Publishing LLC is a limited liability company. This Plaintiff is a copyright owner of at least one of the songs in this matter.

19. Plaintiff Redone Productions LLC is a limited liability company doing business as Songs of RedOne. This Plaintiff is a copyright owner of at least one of the songs in this matter.

20. Defendant JJJR Silver Creek Inc. is a corporation organized and existing under the laws of the state of Illinois which operates, maintains and controls an establishment known as Silver Creek Saloon, located at 2520 Mascoutah Avenue, Belleville, IL 62220, in this district (the "Establishment").

21. In connection with the operation of the Establishment, Defendant JJJR Silver Creek Inc. publicly performs musical compositions and/or causes musical compositions to be publicly performed.

22. Defendant JJJR Silver Creek Inc. has a direct financial interest in the Establishment.

23. Defendant James Sinovic Jr. is an officer of Defendant JJJR Silver Creek Inc. with responsibility for the operation and management of that corporation and the Establishment.

24. Defendant James Sinovic Jr. has the right and ability to supervise the activities of Defendant JJJR Silver Creek Inc. and a direct financial interest in that corporation and the Establishment.

25. Defendant Jeff Butzinger is an officer of Defendant JJJR Silver Creek Inc. with responsibility for the operation and management of that corporation and the Establishment.

26. Defendant Jeff Butzinger has the right and ability to supervise the activities of Defendant JJJR Silver Creek Inc. and a direct financial interest in that corporation and the Establishment.

27. Defendant Jonathan Vieluf is an officer of Defendant JJJR Silver Creek Inc. with responsibility for the operation and management of that corporation and the Establishment.

28. Defendant Jonathan Vieluf has the right and ability to supervise the activities of Defendant JJJR Silver Creek Inc. and a direct financial interest in that corporation and the Establishment.

29. Defendant Ryan Loeffler is an officer of Defendant JJJR Silver Creek Inc. with responsibility for the operation and management of that corporation and the Establishment.

30. Defendant Ryan Loeffler has the right and ability to supervise the activities of Defendant JJJR Silver Creek Inc. and a direct financial interest in that corporation and the Establishment.

## CLAIMS OF COPYRIGHT INFRINGEMENT

31. Plaintiffs repeat and reallege each of the allegations contained in paragraphs 1 through 30.

32. Since December 2018, BMI has reached out to Defendants over sixty (60) times, by phone, mail and in an effort to educate Defendants as to their obligations under the Copyright Act with respect to the necessity of purchasing a license for the public performance of musical compositions in the BMI Repertoire. Included in the letters were Cease and Desist Notices, providing Defendants with formal notice that they must immediately cease all use of BMI-licensed music in the Establishment.

33. Plaintiffs allege seven (7) claims of willful copyright infringement, based upon Defendants' unauthorized public performance of musical compositions from the BMI Repertoire. All of the claims for copyright infringement joined in this Complaint are governed by the same legal rules and involve similar facts. Joinder of these claims will promote the convenient administration of justice and will avoid a multiplicity of separate, similar actions against Defendants.

34. Annexed to this Complaint as a schedule (the "Schedule") and incorporated herein is a list identifying some of the many musical compositions whose copyrights were infringed by Defendants. The Schedule contains information on the seven (7) claims of copyright infringement at issue in this action. Each numbered claim has the following eight lines of information (all references to "Lines" are lines on the Schedule): Line 1 providing the claim number; Line 2 listing the title of the musical composition related to that claim; Line 3 identifying the writer(s) of the musical composition; Line 4 identifying the publisher(s) of the musical composition and the plaintiff(s) in this action pursuing the claim at issue; Line 5 providing the date on which the copyright registration was issued for the musical composition; Line 6 indicating the copyright registration number(s) for the musical composition; Line 7 showing the date(s) of infringement; and Line 8 identifying the Establishment where the infringement occurred.

35. For each work identified on the Schedule, the person(s) named on Line 3 was the creator of that musical composition.

36. For each work identified on the Schedule, on or about the date(s) indicated on Line 5, the publisher(s) named on Line 4 (including any predecessors in interest), complied in all respects with the requirements of the Copyright Act and received from the Register of Copyrights Certificates of Registration bearing the number(s) listed on Line 6.

37. For each work identified on the Schedule, on the date(s) listed on Line 7, Plaintiff BMI was (and still is) the licensor of the public performance rights in the musical composition identified on Line 2. For each work identified on the Schedule, on the date(s) listed on Line 7, the Plaintiff(s) listed on Line 4 was (and still is) the owner of the copyright in the respective musical composition listed on Line 2.

38. For each work identified on the Schedule, on the date(s) listed on Line 7, Defendants publicly performed and/or caused to be publicly performed at the Establishment the musical composition identified on Line 2 without a license or permission to do so. Thus, Defendants have committed copyright infringement.

39. The specific acts of copyright infringement alleged in the Complaint, as well as Defendants' entire course of conduct, have caused and are causing Plaintiffs great and incalculable damage. By continuing to provide unauthorized public performances of works in the BMI Repertoire at the Establishment, Defendants threaten to continue committing copyright infringement. Unless this Court restrains Defendants from committing further acts of copyright infringement, Plaintiffs will suffer irreparable injury for which they have no adequate remedy at law.

WHEREFORE, Plaintiffs pray that:

(I) Defendants, their agents, servants, employees, and all persons acting under their permission and authority, be enjoined and restrained from infringing, in any manner, the copyrighted musical compositions licensed by BMI, pursuant to 17 U.S.C. Section 502;

(II) Defendants be ordered to pay statutory damages, pursuant to 17 U.S.C. Section 504(c);

(III) Defendants be ordered to pay costs, including a reasonable attorney's fee, pursuant to 17 U.S.C. Section 505; and

(IV) Plaintiffs have such other and further relief as is just and equitable.

Dated: January 10, 2023.

                                        **HOWARD & HOWARD ATTORNEYS, PLLC**

                                        _/S/ Noah A. Menold_
                                        Noah A. Menold, Esq.
                                        211 Fulton Street
                                        Suite 600
                                        Peoria, IL 61602
                                        Phone: 309-339-4000
                                        Email: nmenold@howardandhoward.com
                                        *Counsel for Plaintiffs*

4876-4464-2120, v. 1

# *Schedule*

| | | |
|---|---|---|
| Line 1 | Claim No. | 1 |
| Line 2 | Musical Composition | Fat Bottomed Girls |
| Line 3 | Writer(s) | Brian May |
| Line 4 | Publisher Plaintiff(s) | Beechwood Music Corporation |
| Line 5 | Date(s) of Registration | 11/22/78 |
| Line 6 | Registration No(s). | PA 18-409 |
| Line 7 | Date(s) of Infringement | 1/25/20 |
| Line 8 | Place of Infringement | Silver Creek Saloon |

| | | |
|---|---|---|
| Line 1 | Claim No. | 2 |
| Line 2 | Musical Composition | I Wanna Dance With Somebody Who Loves Me a/k/a Somebody Who Loves Me |
| Line 3 | Writer(s) | George Merrill; Shannon Rubicam |
| Line 4 | Publisher Plaintiff(s) | Rondor Music International, Inc. d/b/a Irving Music; Shannon Rubicam and George Robert Merrill, a partnership d/b/a Boy Meets Girl Music |
| Line 5 | Date(s) of Registration | 11/10/86    6/15/87<br>6/30/87 |
| Line 6 | Registration No(s). | PAu 901-755    PA 343-550<br>PAu 985-995 |
| Line 7 | Date(s) of Infringement | 1/25/20 |
| Line 8 | Place of Infringement | Silver Creek Saloon |

| | | |
|---|---|---|
| Line 1 | Claim No. | 3 |
| Line 2 | Musical Composition | Jessie's Girl |
| Line 3 | Writer(s) | Richard Lewis Springthorpe a/k/a Rick Springfield |
| Line 4 | Publisher Plaintiff(s) | Richard Lewis Springthorpe, an individual d/b/a Rick Springfield Music |
| Line 5 | Date(s) of Registration | 4/28/81   11/20/81 |
| Line 6 | Registration No(s). | PA 100-885  PA 124-280 |
| Line 7 | Date(s) of Infringement | 1/25/20 |
| Line 8 | Place of Infringement | Silver Creek Saloon |

| | | |
|---|---|---|
| Line 1 | Claim No. | 4 |
| Line 2 | Musical Composition | Stayin' Alive a/k/a Staying Alive |
| Line 3 | Writer(s) | Barry Gibb; Robin Gibb; Maurice Gibb |
| Line 4 | Publisher Plaintiff(s) | Estate of Maurice Ernest Gibb and the Estate of Robin Gibb d/b/a Gibb Brothers Music; Barry Alan Gibb, an individual d/b/a Crompton Songs |
| Line 5 | Date(s) of Registration | 3/7/77     2/13/78<br>3/19/84    3/19/84 |
| Line 6 | Registration No(s). | Eu 761684   PA 178<br>PA 209-625   PAu 618-264 |
| Line 7 | Date(s) of Infringement | 1/25/20 |
| Line 8 | Place of Infringement | Silver Creek Saloon |

| | | |
|---|---|---|
| Line 1 | Claim No. | 5 |
| Line 2 | Musical Composition | Bring Me To Life |
| Line 3 | Writer(s) | Amy Lee; Ben Moody; David Hodges |
| Line 4 | Publisher Plaintiff(s) | Amy Lee and Ben Moody, a partnership d/b/a Zombies Ate My Publishing; David Hodges, an individual d/b/a Forthefallen Publishing; Reservoir Media Management Inc. d/b/a Reservoir 416 a/k/a Reservoir One America |
| Line 5 | Date(s) of Registration | 5/7/03 |
| Line 6 | Registration No(s). | PA 1-152-549 |
| Line 7 | Date(s) of Infringement | 1/25/20 |
| Line 8 | Place of Infringement | Silver Creek Saloon |

| | | |
|---|---|---|
| Line 1 | Claim No. | 6 |
| Line 2 | Musical Composition | She's Country |
| Line 3 | Writer(s) | Bridgette Tatum; Danny Myrick |
| Line 4 | Publisher Plaintiff(s) | 3Ring Circus Music, LLC d/b/a Soulride Music; Round Hill Music LP d/b/a Round Hill Works; Bridgette Tatum Tweed d/b/a Cackalacki Twang |
| Line 5 | Date(s) of Registration | 12/7/09 |
| Line 6 | Registration No(s). | PA 1-670-811 |
| Line 7 | Date(s) of Infringement | 1/25/20 |
| Line 8 | Place of Infringement | Silver Creek Saloon |

| | | |
|---|---|---|
| Line 1 | Claim No. | 7 |
| Line 2 | Musical Composition | Bad Romance |
| Line 3 | Writer(s) | Stefani Germanotta a/k/a Lady Gaga; Nadir Khayat a/k/a RedOne |
| Line 4 | Publisher Plaintiff(s) | Sony/ATV Songs LLC; House Of Gaga Publishing LLC.; Redone Production LLC d/b/a Songs Of RedOne |
| Line 5 | Date(s) of Registration | 7/21/11 |
| Line 6 | Registration No(s). | PA 1-751-974 |
| Line 7 | Date(s) of Infringement | 1/25/20 |
| Line 8 | Place of Infringement | Silver Creek Saloon |