## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF ILLINOIS

BROADCAST MUSIC, INC.; BEECHWOOD
MUSIC CORPORATION; RONDOR MUSIC
INTERNATIONAL, INC. d/b/a IRVING
MUSIC; BOY MEETS GIRL MUSIC; RICK
SPRINGFIELD MUSIC; GIBB BROTHERS
MUSIC; CROMPTON SONGS; ZOMBIES
ATE MY PUBLISHING; FORTHEFALLEN
PUBLISHING; RESERVOIR MEDIA
MANAGEMENT INC. d/b/a RESERVOIR
416 a/k/a RESERVOIR ONE AMERICA;
3RING CIRCUS MUSIC, LLC d/b/a
SOULRIDE MUSIC; ROUND HILL MUSIC
LP d/b/a ROUND HILL WORKS;
CACKALACKI TWANG; SONY/ATV
SONGS LLC; HOUSE OF GAGA
PUBLISHING LLC; REDONE
PRODUCTIONS LLC d/b/a SONGS OF
REDONE,

CIVIL ACTION NO.:   23-cv-52

              Plaintiffs,

     v.

JJJR SILVER CREEK INC. d/b/a SILVER
CREEK SALOON and JAMES SINOVIC JR.,
JEFF BUTZINGER, JONATHAN VIELUF
and RYAN LOEFFLER, each individually,

              Defendants.

## PLAINTIFFS' RULE 7.1 DISCLOSURE STATEMENT

The undersigned, counsel of record for the Plaintiffs, furnishes the following Disclosure

Statement in accordance with Rule 7.1:

Howard & Howard Attorneys PLLC appear for the Plaintiffs, whose full names,  parent

corporations (if any), and corporate stockholders (if any), are as follows:

| Plaintiff | Parent Corporation or any publicly held corporation owning 10% or more of its stock |
|---|---|
| Broadcast Music, Inc. ("BMI") | BMI certifies that TEGNA, Inc., which is publicly held, owns indirectly through a wholly-owned subsidiary 10% or more of BMI's stock.  BMI further certifies that Gray Television Inc., which is publicly held, owns indirectly through a wholly-owned subsidiary 10% or more of BMI's stock.  BMI has no publicly held parent companies, affiliates or subsidiaries, and there are no other publicly held companies that own 10% or more of BMI's stock. |
| 3Ring Circus Music, LLC d/b/a Soulride Music | N/A |
| Beechwood Music Corporation | Capitol EMI Music Inc. |
| House of Gaga Publishing, Inc. | N/A |
| Redone Productions LLC d/b/a Songs Of Redone | N/A |
| Reservoir Media Management, Inc. d/b/a Reservoir 416 a/k/a Reservoir One America | N/A |
| Rondor Music International, Inc. d/b/a Irving Music | Vivendi SA, Tencent Holdings Ltd. and Pershing Square Holdings |
| Round Hill Music LP d/b/a Round Hill Works | N/A |
| Sony/ATV Songs LLC | Sony Music Entertainment, Inc. |

Dated:  January 9, 2023

**HOWARD & HOWARD ATTORNEYS, PLLC**

 _/S/ Noah A. Menold_____
Noah A. Menold, Esq.
211 Fulton Street
Suite 600
Peoria, IL 61602
Phone: 309-339-4000
Email: nmenold@howardandhoward.com
*Counsel for Plaintiffs*

4865-5871-0856, v. 1